# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128096

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOHN LEE O'DONNELL,
      Defendant-Appellant.

SC: 128096
COA: 259310
Cheboygan CC: 92-000791-FC

_____/

     On order of the Court, the application for leave to appeal the December 10, 2004 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk

s1024